COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Texas Department of Criminal Justice v. Jorge Gonzalez Rocha and Kirk Gipson

Appellate case number:    01-21-00431-CV

Trial court case number:    2020-19803

Trial court:    129th District Court of Harris County

On September 23, 2021, appellees, Jorge Gonzalez Rocha and Kirk Gipson, filed a motion to extend time to file their appellees' brief. Appellees' motion states that counsel for appellees "will be filing a Motion to Withdraw of Counsel in this Court." Accordingly, appellees request an extension of ninety-days to file their appellees' brief to provide appellees an opportunity to retain new counsel.

However, appellant's brief has not yet been filed, and further, the deadline for filing appellant's brief has not yet passed. Accordingly, the deadline for the filing appellees' brief cannot yet be determined. *See* TEX. R. APP. P. 38.6(b) (in accelerated appeal, appellees' brief due twenty days after date appellant's brief was filed, or date appellant's brief was due if no brief filed).

Because the deadline for filing appellees' brief cannot yet be determined, the request for an extension of that deadline is premature. Accordingly, appellees' motion to extend time to file their appellees' brief is **dismissed as moot**. Nothing in this order prevents appellees from moving for an extension of the deadline to file their brief once a deadline for filing can be determined.

It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
☑ Acting individually    ☐ Acting for the Court

Date: ___September 28, 2021_____